UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80050-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

 vs.

JEANNE B. LECLERCQ,

    Defendant.
_____/

**ORDER ON MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation issued by United States Magistrate Judge Ann E. Vitunac on August 20, 2008.

The Court has considered the Report and Recommendation, defense counsel David J. Joffe's objections and the input from the United States. An additional hearing was conducted by the Court after the Report and Recommendation was issued by the Magistrate Judge. After the Court's review of all of the foregoing, and being familiar with the case, it is hereby

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED IN PART AND MODIFIED IN PART.** The Court notes that subsequent to the issuance of the Report and Recommendation, the United States advised the Court that it produced 82,500 documents to defense counsel, not 60,000. [DE 152] This increase in production, of which the Magistrate Judge was not aware, justifies an increase in the amount of hours which defense counsel reasonably could have been expected to expend in document review. The Court therefore increases the number of hours of document review for which defense counsel should be compensated to 200.[1] The

---

[1] The Court notes that this figure represents 5 full work weeks in review of documents, which the Court believes is sufficient.

increase should be compensated at the rate of $94.00, since the vast majority of time expended by defense counsel in document review occurred when the compensable hourly rate was $94.00.  Therefore, the Court reduces defense counsel's CJA voucher FLS 1688 from $62,422.99 to $29,082.19.

**DONE and ORDERED** in West Palm Beach, this 8th day of October, 2008.

_____
**KENNETH A. MARRA**
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Ann E. Vitunac
David Joffe, Esq.